WEST JERSEY TRUST COMPANY (now Camden Trust Company), trustee, &c., et al., respondents,

*v.*

HORACE R. HAYDAY et al., appellants.

[Decided February 6th, 1939.]

*Messrs. Curry & Purnell,* for the complainant-respondent.

*Messrs. Bourgeois & Coulomb,* for the defendants-appellants.

*Messrs. Glenn & Glenn,* for W. Shaffer Smith et al., defendants-respondents.

*Mr. Thomas D. Taggart, Jr.,* for Agnes C. Wilkinson, guardian, defendant-respondent.

*Mr. David T. Wilentz,* attorney-general, for the State of New Jersey.

*Messrs. Cole & Cole,* for Guarantee Trust Co.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy, and reported in *124 N. J. Eq. 85.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ.   14.

*For reversal*—None.